AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Louisiana

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| RAJ PATEL | ) | 1:23-mj-00120 |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  September 22, 2023  in the county of  Rapides  in the Western District of  Louisiana , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1349 | Conspiracy to Commit Wire Fraud |
| 18 U.S.C. § 1343 | Wire Fraud |

This criminal complaint is based on these facts:

See Attachment 1 (Affidavit)

☑ Continued on the attached sheet.

ZACHARY THOMAS
*Digitally signed by ZACHARY THOMAS*
*Date: 2023.10.10 11:21:13 -05'00'*

*Complainant's signature*

Zachary Thomas, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/10/2023

*Judge's signature*

City and state: Alexandria, Louisiana    Joseph H.L. Perez-Montes
*Printed name and title*